Peter C. Erbland, ISBA # 2456
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID 83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JERRELL BERRYHILL,<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>        Defendant. | Case No. 2:15-cv-00045-CWD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW the plaintiff, Jerrell Berryhill, by and through his attorney of record, Stephen J. Nemec, and the defendant National Union Fire Insurance Company of Pittsburgh, by and through its attorney of record, Peter C. Erbland, and hereby stipulate to the dismissal of all claims against the above named defendant in the above entitled matter with prejudice. This stipulation is based on the grounds and for the reason that the parties have fully settled all claims in this matter.

All parties to bear their own costs and attorney's fees incurred herein.

//

//

//

STIPULATION FOR DISMISSAL WITH PREJUDICE            - 1

DATED this 21 day of February, 2017.

                                              JAMES VERNON & WEEKS, P.A.

                                              By: _____
                                                     STEPHEN J. NEMEC
                                                     Attorneys for Plaintiff

DATED this 21st day of February, 2017.

                                              LAKE CITY LAW GROUP PLLC

                                              By: _____
                                                     PETER C. ERBLAND
                                                     Attorney for Defendant