UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JERRELL BERRYHILL,<br><br>  Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>  Defendant. | Case No. 2:15-cv-00045-CWD<br><br>**JUDGMENT AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation for Dismissal filed with the Court in the above-entitled matter by and between the above-named plaintiff, Jerrell Berryhill, and the defendant, National Union Fire Insurance Company of Pittsburgh, PA;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled matter be, and the same is hereby **DISMISSED** with prejudice, without fees or costs to any party, upon the grounds that the matter has been fully settled as to all claims against the above- named defendant.

Dated: **February 22, 2017**

Honorable Candy W. Dale
United States Magistrate Judge

JUDGMENT AND ORDER FOR DISMISSAL WITH PREJUDICE   - 1